Joseph Aker et al., Appellants, v. James A. Derosia, Respondent.— Reynolds, J.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by Reynolds, J.

In the Matter of the Claim of Tiburcio R. Ortiz, Appellant. Martin P. Catherwood, as Industrial Commissioner, Respondent. — Memorandum by the Court.

Gibson, P. J., Herlihy, Reynolds, Aulisi and Gabrielli, JJ., concur in memorandum by the court.